UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff(s),<br><br>vs.<br><br>REDROCK PARK HOMEOWNER'S ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK<br><br>ORDER |

Pending before the Court is an order to show cause related to the certificate of interested parties filed by LV Real Estate Strategic Investment Group, LLC. Docket No. 14. The Court has now received a response, and an amended certificate. Docket No. 15. That order to show cause is hereby **DISCHARGED**.[1]

IT IS SO ORDERED.

DATED: April 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Nothing herein shall be construed as discharging the order to show cause regarding the Court's subject matter jurisdiction. Docket No. 13.