UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>               Plaintiff(s), <br><br> vs. <br><br> REDROCK PARK HOMEOWNER'S ASSOCIATION, et al., <br><br>               Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK <br><br> ORDER |

Pending before the Court is an order for the parties to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Docket No. 13. The crux of the jurisdictional uncertainty is that no showing has been made regarding the citizenship of each member of Defendants LV Real Estate Strategic Investment Group, LLC and ATC Assessment Collection Group, LLC. *See id.* at 2. While Plaintiff filed a response to the order to show cause, Docket No. 17, neither of those defendants did so. The Court hereby **ORDERS** Defendants LV Real Estate Strategic Investment Group, LLC and ATC Assessment Collection Group, LLC to file, no later than May 18, 2016, declarations based on personal knowledge identifying each of their members and their citizenship. *See, e.g.*, *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1073-74 (7th Cir. 1992) (outlining some of the requirements for a proper response to an order to show cause regarding diversity

jurisdiction).[1]  Counsel should consult relevant legal authority and ensure that this showing will be sufficient for the Court to make a finding regarding the LLC defendants' citizenship.

IT IS SO ORDERED.

DATED: May 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Because the Court is ordering the LLC defendants to provide the relevant information directly to the Court, Plaintiff's request for jurisdictional discovery is denied as duplicative. *See* Docket No. 17 at 3; *see also Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1088 (9th Cir. 2014) (when defendants acquiesce in subject matter jurisdiction, a district court may itself require a further showing of citizenship to confirm its jurisdiction).