UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> REDROCK PARK HOMEOWNER'S ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-00659-JCM-NJK <br><br> ORDER |

Pending before the Court is the order to show cause regarding the certificate of interested parties filed by Defendant ATC Assessment Collection Group, LLC ("ATC"). Docket No. 18. Although not entirely clear, it appears ATC's was filed at Docket No. 23.[1] The Court hereby **ORDERS** ATC to file, no later than June 7, 2016, an amended certificate of interested parties identifying not only itself as an interested party, but also Dan Angius, Bradley Epstein, and Paul Terry.

IT IS SO ORDERED.

DATED: May 31, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This filing does not appear directed to the order to show cause related to the certificate of interested parties, but rather to the order to show cause related to subject matter jurisdiction.