Michael W. McKelleb, Esq., 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com

Attorneys for Defendant
*ATC ASSESSMENT COLLECTION GROUP, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　Plaintiff,<br><br>v.<br><br>REDROCK PARK HOMEOWNER'S ASSOCIATION; LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>　　　Defendants. | Case No.: 2:16-cv-00659<br><br>**ATC ASSESSMENT COLLECTION GROUP, LLC'S REQUEST FOR EXTENSION TO FILE DECLARATION OF ATC MEMBER PAUL TERRY** |

Comes now ATC Assessment Collection Group, LLC ("ATC"), and respectfully requests a one-week extension to file the declaration of Paul Terry (the "Declarant"), as directed by this Court's May 31, 2016 Order, as Mr. Terry is out of state and we have been

///

///

///

///

///

///

unsuccessful in obtaining his signature.

Dated this 7th day of June, 2016.

**Respectfully submitted**                           ANGIUS & TERRY LLP

                                                     */s/ Michael McKelleb*
                                              By: _____
                                                     Michael W. McKelleb, Esq.
                                                     ANGIUS & TERRY LLP
                                                     1120 N. Town Center Drive, Suite 260
                                                     Las Vegas, NV 89144
                                                     *Attorneys for Defendant ATC ASSESSMENT COLLECTION GROUP, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2016, service of the foregoing **ATC Assessment Collection Group, LLC's Request for Extension to File Declaration of ATC Member Brad Epstein** was made via the Court's electronic service all parties registered therein through the Court's official e-filing system.

                                                     /s/ Amy McConnell
                                              _____
                                              An Employee of ANGIUS & TERRY LLP

GRANTED. The deadline for ATC to file the declaration of Paul Terry is extended to June 14, 2016. IT IS SO ORDERED.
Dated: June 8, 2016

                                              _____
                                              United States Magistrate Judge