UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>REDROCK PARK HOMEOWNER'S ASSOCIATION, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK<br><br>ORDER |

Pending before the Court is an order to show cause why sanctions should not be imposed against Defendant LV Real Estate Strategic Investments, LLC ("LVRES"), its member and attorney Jeff Brauer, and its other members Jun Wu, Jacob Lefkowitz and Edward Sun, and why sanctions should not be imposed against Defendant ATC Assessment Collection Group, LLC ("ATC"), its attorney Michael McKelleb, and its member Paul Terry. Docket No. 30. The order to show cause arises out of the above parties', attorneys', and members' failure to comply with the Court's orders to submit evidence substantiating citizenship for purposes of determining whether the Court has subject matter jurisdiction in this case. *See id*. The Court has received written responses. Docket Nos. 31, 32. The Court hereby **SETS** a hearing on the order to show cause for 9:00 a.m. on August 2, 2016, in Courtroom 3D. Personal attendance is required for Jeff Brauer, Jun Wu, Jacob Lefkowitz, Edward Sun, Michael McKelleb, and Paul Terry. **Failure to appear for the hearing may subject these persons to significant sanctions and may result in the institution of contempt proceedings**. In addition, Jeff Brauer, Jun Wu, Jacob Lefkowitz, and Edward Sun shall each be prepared to discuss their state of citizenship.

1  All counsel shall also be prepared to discuss whether the Court's jurisdictional analysis is altered
2  in any way by the recently-filed stipulation to substitute parties. *Cf. Freeport-McMoran, Inc. v. KN*
3  *Energy, Inc.*, 498 U.S. 426, 427 (1991) (noting the "well-established rule that diversity of jurisdiction
4  is assessed at the time the action is filed" and is not generally altered by "subsequent events").

IT IS SO ORDERED.

DATED: July 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge