# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A., )

          Plaintiff(s), )

vs. )

REDROCK PARK HOMEOWNER'S
ASSOCIATION, et al., )

          Defendant(s). )

Case No. 2:16-cv-00659-JCM-NJK

ORDER

(Docket No. 35)

      Pending before the Court is an order to show cause why sanctions should not be imposed against Defendant LV Real Estate Strategic Investments, LLC ("LVRES"), its member and attorney Jeff Brauer, and its other members Jun Wu, Jacob Lefkowitz and Edward Sun, and why sanctions should not be imposed against Defendant ATC Assessment Collection Group, LLC ("ATC"), its attorney Michael McKelleb, and its member Paul Terry.  Docket No. 30.  The Court set a hearing on that order to show cause for August 2, 2016.  Docket No. 34.  Now pending before the Court is an emergency motion to continue that hearing by LVRES.  Docket No. 35.  With respect to the aspect of the show cause hearing relevant to LVRES, Jeff Brauer, Jun Wu, Jacob Lefkowitz, and Edward Sun only, that motion to continue is **GRANTED** and the show cause hearing is continued to 9:30 a.m. on August 18, 2016, in Courtroom 3C.  The show cause hearing as it relates to ATC, Michael McKelleb and Paul Terry remains set for August 2, 2016.

      IT IS SO ORDERED.

      DATED: July 21, 2016

_____

NANCY J. KOPPE
United States Magistrate Judge