# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00659-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| REDROCK PARK HOMEOWNER'S ASSOCIATION, et al., | (Docket Nos. 38, 39) |
| Defendant(s). | |

Pending before the Court is an order to show cause why sanctions should not be imposed against Defendant LV Real Estate Strategic Investments, LLC ("LVRES"), its member and attorney Jeff Brauer, and its other members Jun Wu, Jacob Lefkowitz and Edward Sun, and why sanctions should not be imposed against Defendant ATC Assessment Collection Group, LLC ("ATC"), its attorney Michael McKelleb, and its member Paul Terry. Docket No. 30. The Court set a hearing on that order to show cause for August 2, 2016. Docket No. 34. The Court partially continued that hearing as it relates to LVRES. Docket No. 37. Now pending before the Court is a motion to continue the show cause hearing by ATC, and a motion for Mr. Terry to appear telephonically. Docket Nos. 38, 39.

The motions are hereby **GRANTED**. The show cause hearing is hereby **CONTINUED** in full to 9:30 a.m. on August 18, 2016, in Courtroom 3C. Mr. Terry may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line

phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. **ALL OTHER PERSONS MUST APPEAR IN PERSON**.

IT IS SO ORDERED.

DATED: July 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge