# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>REDROCK PARK HOMEOWNER'S ASSOCIATION, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK<br><br>ORDER<br><br>(Docket No. 41) |

The Court currently has scheduled for August 18, 2016, a hearing at which Edward Sun was ordered to appear to explain why he should not be sanctioned and to discuss his citizenship. *See* Docket Nos. 30, 34. Now pending before the Court is a motion for Mr. Sun to appear telephonically, urging that his personal appearance should be excused because he is a part-time resident in California and a part-time resident in China such that appearing here would require him to inquire significant expense. Docket No. 41.[1] Notably, Mr. Sun indicates that he is a part-time resident in China but is silent on his current location, leaving the Court to assume he is currently in California.

//

//

//

---

[1] The Court is cognizant that it previously granted Mr. Terry's request to appear telephonically at that hearing because he lives in Florida. *See* Docket No. 40. Unlike Mr. Terry, Mr. Sun is required to appear both regarding sanctions and to establish his state citizenship.

1       The Court finds insufficient cause has been established to excuse Mr. Sun's personal appearance,
2  and the motion to appear telephonically is therefore **DENIED**.
3       IT IS SO ORDERED.
4       DATED: August 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge