UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00659-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 46) |
| REDROCK PARK HOMEOWNER'S ASSOCIATION, et al., | |
| Defendant(s). | |

The Court currently has scheduled for August 18, 2016, a hearing at which Edward Sun was ordered to appear to explain why he should not be sanctioned and to discuss his citizenship. *See* Docket Nos. 30, 34. That hearing date was set on July 21, 2016, based on the specific request of Mr. Sun and his counsel that the hearing proceed on August 18, 2016. *See* Docket No. 35 (Motion to continue hearing, representing that Mr. Wu was out of the country on the previously scheduled hearing date of August 2, 2016, and requesting the hearing be continued to August 15, 16, 17, 18, or 19, 2016). Roughly three weeks after that hearing date was reset at Mr. Sun's request, he filed an emergency motion to appear telephonically. Docket No. 41. The Court found insufficient cause for that request, and denied it. Docket No. 45.

Now pending before the Court is a renewed motion to appear telephonically, which indicates that Mr. Sun flew to China during the pendency of his previous motion to appear telephonically. *See* Docket No. 46; *see also* Docket No. 46-2 (airline ticket dated August 14, 2016). Mr. Sun represents that he is

in China to act as a mediator. *See* Docket No. 46-2 at 1.[1]  Mr. Sun fails to explain why those mediation proceedings should take precedence over a show cause hearing in this case, and it appears plain that the hearing in this case was set first given that the date chosen was specifically requested by Mr. Sun. *See, e.g.*, Docket No. 35 (motion requesting August 18, 2016, hearing date). The fact that Mr. Sun has now chosen to fly to China without first obtaining permission to excuse his personal appearance in this case does not establish good cause to allow him to appear telephonically.

The renewed motion to appear telephonically is **DENIED**.

IT IS SO ORDERED.

DATED: August 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] These representations are submitted as a "statement," rather than through competent evidentiary form such as a declaration.