# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

          Plaintiff(s),

vs.

REDROCK PARK HOMEOWNER'S ASSOCIATION, et al.,

          Defendant(s).

Case No. 2:16-cv-00659-JCM-NJK

ORDER

    Pending before the Court is a motion to withdraw as counsel for Edward Sun. Docket No. 51. This motion is defective in several ways, including that it cites to non-existent local rules for support[1] and a proof of service was not filed establishing service on Mr. Sun as required by Local Rule IA 11-6(b). Accordingly, the motion to withdraw is **DENIED** without prejudice.

    The Court further **ORDERS** Jeff Brauer to serve Mr. Sun immediately with the order at Docket No. 50, and to file a proof of service by no later than noon on August 24, 2016.

    IT IS SO ORDERED.

    DATED: August 23, 2016

                                          NANCY J. KOPPE
                                          United States Magistrate Judge

---

[1] New local rules became effective on May 1, 2016.