**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br><br> vs. <br><br> REDROCK PARK HOMEOWNER'S ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK <br><br> **ORDER** <br><br> (Docket No. 70) |

Pending before the Court is a joint motion to substitute parties pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. Docket No. 70. "The motion must be served as provided in Rule 25(a)(3)," Fed. R. Civ. P. 25(c), which in turn requires the motion to "be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4," Fed. R. Civ. P. 25(a)(3). The pending motion fails to include a proof of service establishing the appropriate parties and nonparties have been served in accordance with Rule 5 and Rule 4, respectively. *See* Local Rule 5-1.

Accordingly, the pending motion is **DENIED** without prejudice.

IT IS SO ORDERED

Dated: September 8, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE