UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-CV-659 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| REDROCK PARK HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the case of *Bank of America, N.A. v. Redrock Park Homeowner's Association, et al.*, case number 2:16-cv-00659-JCM-NJK.

On September 14, 2016, the court ordered plaintiff to show cause as to why the court should not dismiss its complaint based upon plaintiff's failure to respond to defendants' motions to dismiss. (ECF No. 77).

Plaintiff timely responded to the court's order to show cause, wherein plaintiff asserted that the parties met and agreed that plaintiff would file a motion to amend the complaint to substitute the real party in interest and add additional allegations concerning the transfer of interest. (ECF No. 78).

In light of plaintiff's response, the court finds good cause to not dismiss its complaint.

Accordingly,

IT IS HEREBY ORDERED that the order to show cause (ECF No. 77) be, and the same hereby is, DISCHARGED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff has ten (10) days from the date of this order to file a motion for leave to amend the complaint with the amended pleading attached

DATED September 28, 2016.

_____
UNITED STATES DISTRICT JUDGE