# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00659-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| REDROCK PARK HOMEOWNER'S ASSOCIATION, et al., | (Docket No. 73) |
| Defendant(s). | |

Pending before the Court is a motion to substitute parties pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. Docket No. 73. Since the filing of that motion, the parties have elsewhere noted their agreement to effectuate that substitution by Plaintiff filing a motion for leave to amend. *See* Docket No. 78 at 2. United States District Judge James C. Mahan has now ordered that such a motion for leave to amend must be filed. Docket No. 79. As a result, the pending motion to substitute is **DENIED** without prejudice.

IT IS SO ORDERED

Dated: September 29, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE