SPENCER M. JUDD, ESQ.
Nevada Bar No. 10095
325 South 3rd St., #5
Las Vegas, Nevada 89101
Telephone: (702) 606-4357
Facsimile: (702) 974-3146
Attorneys for Defendant
Proper Properties, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>v.<br><br>REDROCK PARK HOMEOWNER'S ASSOCIATION; PROPER PROPERTIES, INC.; and ATC ASSESSMENT COLLECTION GROUP, LLC, FKA ANGIUS & TERRY COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00659-JCM-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT AGAINST PROPER PROPERTIES, INC.** |

COMES NOW defendant PROPER PROPERTIES, INC., by and through its undersigned attorney, and BANK OF AMERICA, N.A. (collectively, the Parties) and stipulate as follows:

1. The Plaintiff, BANK OF AMERICA, filed its Complaint on November 8, 2016.

2. Defendant, PROPER PROPERTIES, INC. was not a party listed in the originally filed Complaint.

3. PROPER PROPERTIES, INC. was added as a Defendant in this matter on October 18, 2016 .

4. Plaintiff filed an application for Entry of Default Against Proper Properties, Inc. on February 6, 2017.

5. The Clerk entered Default against Proper Properties, Inc. (Dkt 89) on February 7, 2017.

6. The Parties desire to have this matter heard on the merits.

7. The Parties have stipulated to set aside the Default entered against Defendant Proper Properties, Inc.

8. The Parties stipulate that Defendant Proper Properties, Inc. has until April 1, 2017 to file an answer in this matter or Default will again be entered against Proper Properties, Inc.

DATED this 22nd day of March, 2017.

Respectfully Submitted

SJ Law                                                          AKERMAN, LLP


 /s/ Spencer M. Judd                .            /s/ Tenesa S. Scaturro                      .
SPENCER M. JUDD, ESQ.                            TENESA S. SCATURRO, ESQ.
325 So. 3rd Street, #5                           1160 Town Center Dr., Suite 330
Las Vegas, NV 89101                              Las Vegas, NV 89144
(702) 606-4357                                   *Attorneys for Plaintiff*
*Attorneys for Defendant Proper
Properties, Inc.*

**ORDER**

IT IS TO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2017

2