# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br><br> vs. <br><br> REDROCK PARK HOMEOWNERS ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00659-JCM-NJK <br><br> ORDER <br><br> (Docket No. 104) |

Pending before the Court is a motion to extend deadlines. Docket No. 104. The Court ordered that any response must be filed by May 5, 2017. Docket No. 105. To date, no response has been filed. For good cause shown, the motion is **GRANTED** and the deadlines are extended as follows:

- Joint interim status report: June 16 2017
- Discovery cutoff: July 14, 2017
- Dispositive motions: August 18, 2017
- Joint proposed pretrial order: September 22, 2017

IT IS SO ORDERED.

DATED: May 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge