# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-CV-659 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| REDROCK PARK HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America, N.A. v. Redrock Park Homeowners Association et al.*, case number 2:16-cv-00659-JCM-NJK.

On September 25, 2018, plaintiff Bank of America, N.A. ("BANA") filed a motion for reconsideration, requesting that the court rehear its motion for partial summary judgment (ECF No. 119). (ECF No. 125). Since the court's previous order (ECF No. 123), there has been an intervening change in controlling law. *See Bank of America, N.A. v. SFR Investments Pool 1, LLC*, No. 70501, 2018 WL 4403296 (Nev. Sept. 13, 2018). To provide the parties with an opportunity to adequately represent their interests, the court hereby orders that rehearing of BANA's motion for partial summary judgment is set for October 31, 2018, at 10:30 a.m.

Accordingly,

IT IS SO ORDERED

DATED October 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**